IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIA FERNANDA VALASCO HURTADO, et al., | |
| Petitioners, | 0:26-CV-546 |
| vs. | |
| PAMELA BONDI, United States Attorney General, et al., | ORDER TO SHOW CAUSE |
| Respondents. | |

The petitioners, Maria Fernanda Velasco Hurtado, Luis Fernando Chulca Chiluisa, J.C.V., and V.C.V., seek immediate release from the U.S. Immigration and Customs Enforcement St. Paul Field Office at Fort Snelling, Minnesota. Filing 1. Pursuant to 28 U.S.C. § 2243,

IT IS ORDERED:

1. The petitioners shall serve the petition and a copy of this order on the respondents as soon as is practicable, and file proof of such service with the Court.

2. The respondents shall, within three business days of being served, make a return certifying the true cause and proper duration of the petitioners' detention and showing cause why the writ should not be granted.

3. The petitioners may reply in support of their petition within three business days of the respondents' return.

4.  When briefing is complete, the Court will set a prompt hearing on this matter, unless the application for the writ and the return present only issues of law.

5.  The respondents are enjoined from removing the petitioners from the United States or from the District of Minnesota until further order of the Court.

6.  If the petitioners have already been removed from Minnesota, the respondents are ordered to immediately return the petitioners to Minnesota.

Dated this 22nd day of January, 2026.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge