**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Maria Fernanda Velasco Hurtado, Luis Fernando Chulca Chiluisa, J.C.V., V.C.V.

Petitioners,

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00546-JMG-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.

2. The petitioners' Motion for Contempt (filing 8) is denied as moot.

3. The government shall immediately return the petitioners to the District of Minnesota.

4. After returning the petitioners to Minnesota, the government shall immediately release them from custody.

5. No later than **<u>January 26, 2026</u>**, the government shall file a status report certifying compliance with this Order.

Date: 1/25/2026

KATE M. FOGARTY, CLERK