IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIA FERNANDA VALASCO HURTADO, et al., | |
| Petitioners, | 0:26-CV-546 |
| vs. | ORDER |
| PAMELA BONDI, United States Attorney General, et al., | |
| Respondents. | |

The government represents that immigration officials have been directed to drop any conditions of release for the petitioners that did not predate their detention, filing 27, and that their missing property has been located for retrieval, filing 32. Based on those representations,

IT IS ORDERED:

1. The petitioners' motion for additional relief (filing 24) is granted.

2. The government is enjoined from enforcing any conditions of release imposed upon the petitioners' January 26, 2026 release from custody that did not predate their January 22, 2026 detention.

3. The government is ordered to return the petitioners' missing property to them, or their counsel, upon demand.

4.  If the government fails to comply with this order in any respect, the petitioners may file a motion to hold the government in contempt, and a hearing will be scheduled.

Dated this 24th day of February, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge