# UNITED STATES DISTRICT COURT
## District of Minnesota

Maria Fernanda Velasco Hurtado, Luis Fernando Chulca Chiluisa, J.C.V., and V.C.V.,

Petitioners,

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, and David Easterwood,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00546-JMG-DLM

---

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The petitioners' motion for attorney's fees and costs under the EAJA (filing 29) is granted.
2. The petitioners are awarded attorney fees and costs in the sum of $35,324.69.

Date: 3/18/2026

KATE M. FOGARTY, CLERK